MICHAEL J. SCALES, as Administrator of the Estate of JOHN M. SCALES, Deceased, Appellant, *v.* VILLAGE OF NYACK et al., Respondents.

Argued March 1, 1943; decided April 8, 1943.

*Ralph Stout* and *Alfred Ekelman* for appellant.

*James I. McGuire* and *George E. Garvey* for Village of Nyack, respondent.

*Edward A. Harmon* and *William E. Lowther* for Lena Koblin, respondent.

*Walter A. McDermott* for Elsie Burns, respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.